# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARY ANN ZAMEL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, and DOES 1 through 50, Inclusive,<br><br>　　　　Defendant. | CASE NO.: 2:23-cv-03126 SPG (MRWx)<br><br>Assigned to:<br>Judge Michael R. Wilner Magistrate Judge Sherilyn Peace Garnett<br><br>**ORDER REMANDING CASE LOS ANGELES COUNTY SUPERIOR COURT**<br><br>State Action Filed: February 14, 2023<br>Removal Filed: April 25, 2023 |

Having considered the stipulation between Plaintiff MARY ANN ZAMEL and Defendant TARGET CORPORATION, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the case filed in the Superior Court of the State of California, County of Los Angeles, Case No. 23CHCV00239 ("State Court"), entitled <u>MARY ANN ZAMEL v. TARGET CORPORATION</u>, (the "State Court Action"), is remanded to the Superior Court of California, County of Los Angeles.

Dated: October 2, 2023

　　　　　　　　　　　　　　　　　　　　　　　HON. SHERILYN PEACE GARNETT
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER REMANDING CASE TO LOS ANGELES SUPERIOR COURT